IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR27 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AMIN SAADE JAJO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 6th day of June, 2007, this matter comes on before the Court upon the United States' Motion to Withdraw, Motion to Dismiss Count and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Close Case is hereby withdrawn (Filing No. 26).

2. The United States' Motion to Dismiss Count is hereby sustained (Filing No. 27).

2. Count II of the Indictment is hereby dismissed.

ORDERED this 6th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**